UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14-CR-070 |
| | ) | |
| BRENDA LEE BOLTON | ) | |

## **O R D E R**

Now before the court is the defendant's fourth *pro se* motion [doc. 434] pertaining to the computation of her sentence. As the court has thrice explained [docs. 380, 412, 421] in denying the defendant's three prior motions [docs. 373, 411, 420], "the power to grant credit for time served lies solely with the Attorney General and the Bureau of Prisons." *See United States v. Crozier*, 259 F.3d 503, 520 (6th Cir. 2001). For that same reason, the defendant's fourth *pro se* motion [doc. 434] is also **DENIED.**

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge